IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERESA SEIBERT, A MINOR, BY          :          CIVIL ACTION
AND THROUGH HER FATHER               :
AND NATURAL GUARDIAN,                :
GEORGE SEIBERT, et al                :
                                     :
          v.                         :
                                     :
MARTIN M. DIXON, JR., et al          :          NO.  02-4638

<u>O R D E R</u>

AND  NOW,  this                      day  of November, 2002,  it is hereby

ORDERED that the above captioned case is dismissed without prejudice for lack of prosecution.

_____
THOMAS N. O'NEILL, JR.,      J.